**No. 44863.**—Protests 987520–G, etc., of Cudahy Packing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1940

**No. 44864.**—Protests 990375–G, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44865.**—Protest 798571–G of Van Loan & Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 the laurel leaves in question were held free of duty under paragraph 1722 as claimed.

**No. 44866.**—Protest 30156–K of B. R. Anderson (Seattle).

Opinion by EVANS, J. It was stipulated that the merchandise in question is similar to that passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 44867.**—Protests 949653, etc., of Bow Tai Wo & Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Choy Jee Tong* v. *United States* (G. A. 8625, T. D. 39554), *Tong* v. *United States* (12 Ct. Cust. Appls. 32, T. D. 39897), and Abstracts 8355, 6437, and 46225 the claims for free entry under paragraph 477 or 606 were sustained.

**No. 44868.**—Protests 937025–G, etc., of Bow Tai Wo Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel the protests were sustained.